FILED
2009 Jun-03 AM 09:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **BRIAN A. MCVEIGH, an individual, and LYENNE WHITTEN, an individual,** | ) ) ) |
| **Plaintiffs,** | ) ) |
| v. | ) CV-2009-0685-S ) |
| **CALLAN ASSOCIATES, INC., et al.,** | ) ) |
| **Defendants.** | ) |

## NOTICE OF APPEARANCE

COMES Now Caroline Smith Gidiere, in the above-referenced matter and files this Notice of Appearance for the Plaintiffs.

        Respectfully submitted,


        /s/ Caroline Smith Gidiere
        One of the Attorneys for Plaintiffs


**OF COUNSEL**:
Andrew P. Campbell, Esq.  (CAM006)
Caroline Smith Gidiere (SMI209)
LEITMAN, SIEGAL, PAYNE & CAMPBELL, P.C.
2100A SouthBridge Pkwy,
Suite 450
Birmingham, Alabama 35209
(205) 803-0051
Fax: (205) 803-0053
acampbell@lspclaw.com
cgidiere@lspclaw.com

Donald W. Stewart
Donald W. Stewart, PC
P. O. Box 2274
Anniston, AL 36202
256.237.9311

Dagney Johnson Walker
Johnson & Walker LLC
2100 Third Avenue North, Suite 810
Birmingham, AL 35203
205.254.3143

## CERTIFICATE OF SERVICE

  I hereby certify that I electronically filed the foregoing on this 2nd day of June, 2009, which will automatically serve copies on the following counsel of record:

**Callan Associates Inc.**
Matthew H. Lembke
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
205.521.8000

**Intech Investment Management LLC**
Robert K. Spotswood
Michael T. Sansbury
Spotswood Sansom & Sansbury LLC
940 Concord Center
2100 Third Avenue North
Birmingham, AL 35203
205.986.3621

**Rhumbline Advisers**
Lee E. Baines Jr.
Edward A. Hosp
A. Inge Selden III
Maynard Cooper & Gale PC
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203
205.254.1000

Michael A. Collora
Ariatna Villegas-Vazquez
Dwyer Collora LLP
600 Atlantic Avenue
Boston, MA 02210-2211
617.371.1033

**C. S. McKee LP**
**Acadian Asset Management LLC**
Lee E. Baines Jr.
Edward A. Hosp
A. Inge Selden III
Maynard Cooper & Gale PC
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203
205.254.1000

**Earnest Partners LLC**
Lee E. Baines Jr.
Edward A. Hosp
A. Inge Selden III
Maynard Cooper & Gale PC
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203
205.254.1000

John Rock
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
612.492.6948

**Turner Investment Partners, Inc.**
Jere F. White Jr.
William H. Brooks
Brooke G. Malcom
Lightfoot Franklin & White, LLC
The Clark Building
400 North 20th Street
Birmingham, AL 35203
205.581.0700

**Principal Global Investors, LLC**
Luther M. Dorr, Jr.
Maynard Cooper & Gale PC
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203
205.254.1000

**Western Asset Management Company Inc.**
Lee E. Baines Jr.
Edward A. Hosp
A. Inge Selden III
Maynard Cooper & Gale PC
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203
205.254.1000

Marc T. G. Dworsky
Eric J. Lorenzini
Munger Tolles & Olson LLP
355 South Grand Avenue 35th Floor
Los Angeles, CA 90071-1560

                                                     /s/ Caroline Smith Gidiere
                                                     Of Counsel