IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

BRIAN A. McVEIGH, and individual, and
LYNNE WHITTEN, an individual

                                                             Civil Action No. CV-09-p-0685-S

    Plaintiff,

vs.

CALLAN ASSOCIATES,
INCORPORATED, a foreign corporation
registered to do business in the State of
Alabama; INTECH INVESTMENT
MANAGEMENT, LLC, a foreign
corporation registered to do business in the
State of Alabama; RHUMBLINE
ADVISERS, a foreign corporation registered
to do business in the State of Alabama; C.S.
MCKEE, L.P., a foreign corporation
registered to do business in the State of
Alabama; EARNEST PARTNERS, LLC, a
foreign corporation registered to do business
in the State of Alabama; TURNER
INVESTMENT PARTNERS,
INCORPORATED, a foreign corporation
registered to do business in the State of
Alabama; ACADIAN ASSET
MANAGEMENT, LLC, a foreign
corporation registered to do business in the
State of Alabama; PRINCIPAL GLOBAL
INVESTORS, LLC, a foreign corporation
registered to do business in the State of
Alabama; and WESTERN ASSET
MANAGEMENT COMPANY, a foreign
corporation registered to do business in the
State of Alabama;

    Defendants.

### NOTICE OF SUBSTITUTION OF COUNSEL

    COMES NOW White Arnold & Dowd P.C., to give notice that White Arnold & Dowd

P.C. is hereby substituted as counsel for C. S. McKee, L.P., in place of Lee E. Bains, Jr., A. Inge

Selden, III, and Edward A. Hosp, of Maynard Cooper & Gale, P.C.

This the 9th day of June, 2009.

/s/Gregory H. Hawley
Gregory H. Hawley
Christopher J. Nicholson
*Attorneys for Defendant C. S. McKee, L.P.*

**OF COUNSEL:**
White Arnold & Dowd P.C.
2025 Third Avenue North, Suite 500
Birmingham, AL 35203
Telephone: (205) 323-1888
Facsimile: (205) 323-8907
ghawley@waadlaw.com

Consented to by:

/s/ Lee E. Bains, Jr.

/s/ A. Ingle Selden, III

/s/ Edward A. Hosp

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203
205-254-1000

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Plaintiffs Brian A. McVeigh and Lynne Whitten:**

Andrew P. Campbell
Campbell Gidiere Lee Sinclair & Williams, LLC
2100-A Southbridge Parkway, Suite 450
Birmingham, AL 35209
205-803-0051

Donald W. Stewart
Donald W. Stewart, P.C.
P.O. Box 2274
Anniston, AL 36202
256-237-9311

Dagney Johnson Walker
Johnson & Walker, LLC
2100 Third Avenue North, Suite 810
Birmingham, AL 35203
205-254-3143

**Defendant Intech Investment Management, LLC:**

Robert K. Spotswood
Michael T. Sansbury
Spotswood Sansom & Sansbury, LLC
940 Concord Center
2100 Third Avenue North
Birmingham, AL 35203
205-986-3621

**Defendant Rhumbline Advisers:**

Lee E. Bains, Jr.
Edward A. Hosp
A. Inge Selden, III
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203
205-254-1000

Michael A. Collora
Ariatna Villegas-Vazquez
Dwyer Collora LLP
600 Atlantic Avenue
Boston, MA 02210-2211
617-371-1033

**Defendant Callan Associates Incorporated:**

Matthew H. Lembke
Bradley Arant Boult Cummings LLP
P.O. Box 830709
Birmingham, AL 35283-0709
205-521-8000

**Defendant Earnest Partners, LLC:**

Lee E. Bains, Jr.
Edward A. Hosp
A. Inge Selden, III
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203
205-254-1000

John Rock
Dorsey & Whitney LLP

3

50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
612-492-6948

**Defendant Turner Investment Partners, Inc.:**

Jere F. White, Jr.
William H. Brooks
Brooke G. Malcom
Lightfoot, Franklin & White LLC
The Clark Building
400 North 20th Street
Birmingham, AL 35203
205-581-0700

**Defendant Acadian Asset Management, LLC:**

Lee E. Bains, Jr.
Edward A. Hosp
A. Inge Selden, III
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203
205-254-1000

**Defendant C. S. McKee, L.P.**

Gregory H. Hawley
White Arnold & Dowd P.C.
2025 Third Avenue North, Suite 500
Birmingham, AL  35203
205-323-1888

**Defendant Principal Global Investors, LLC:**

Luther M. (Rusty) Dorr, Jr.
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203
205-254-1000

**Defendant Western Asset Management Company, Inc:**

Lee E. Bains, Jr.
Edward A. Hosp
A. Inge Selden, III
Maynard, Cooper & Gale P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203
205-254-1000

Marc T. G. Dworsky
Eric J. Lorenzini
Munger Tolles & Olson LLP
355 South Grant Avenue, 35th Floor
Los Angeles, CA 90071-1560

/s/Gregory H. Hawley
OF COUNSEL