IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BRIAN A. McVEIGH, an individual, and LYNNE WHITTEN, an individual, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No.: 2:09-cv-00685-RDP ) |
| CALLAN ASSOCIATES, INCORPORATED, et al., | ) ) ) ) |
| Defendants. | ) |

## SUPPLEMENT TO MOTION TO DISMISS

COMES NOW Defendant C.S. McKee, L.P., and hereby supplements its Motion to Dismiss filed on June 9, 2009, by adding the attached Exhibit A, which is a true and correct copy of the Large Cap Value Equity Investment Management Agreement entered into between C.S. McKee, L.P., and the Board of the Prepaid Affordable College Tuition Program.

/s/ Gregory H. Hawley
*Attorney for Defendant C. S. McKee, L.P.*

**OF COUNSEL**:
WHITE ARNOLD & DOWD P.C.
2025 3rd Avenue North, Suite 500
Birmingham, Alabama 35203
Telephone: (205) 323-1888
Facsimile: (205) 323-8907
ghawley@waadlaw.com

/s/ Michael A. Burger
*Attorney for Defendant C. S. McKee, L.P.*

**OF COUNSEL**:
Grenen & Birsic, P.C.
One Gateway Center, Ninth Floor
420 Fort Duquesne Boulevard

Pittsburg, Pennsylvania  15222
Telephone: (412) 281-7650
Facsimile: (412) 281-7657
mburger@grenenbirsic.com

## CERTIFICATE OF SERVICE

   I hereby certify that on June 17, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Plaintiffs Brian A. McVeigh and Lynne Whitten:**

Andrew P. Campbell
Campbell Gidiere Lee Sinclair & Williams, LLC
2100-A Southbridge Parkway, Suite 450
Birmingham, AL 35209
205-803-0051

Donald W. Stewart
Donald W. Stewart, P.C.
P.O. Box 2274
Anniston, AL 36202
256-237-9311

Dagney Johnson Walker
Johnson & Walker, LLC
2100 Third Avenue North, Suite 810
Birmingham, AL 35203
205-254-3143

**Defendant Intech Investment Management, LLC:**

Robert K. Spotswood
Michael T. Sansbury
Spotswood Sansom & Sansbury, LLC
940 Concord Center
2100 Third Avenue North
Birmingham, AL 35203
205-986-3621

**Defendant Rhumbline Advisers:**

Lee E. Bains, Jr.
Edward A. Hosp
A. Inge Selden, III
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203
205-254-1000

Michael A. Collora
Ariatna Villegas-Vazquez
Dwyer Collora LLP
600 Atlantic Avenue
Boston, MA 02210-2211
617-371-1033

**Defendant Callan Associates Incorporated:**

Matthew H. Lembke
Andrew L. Brasher
Bradley Arant Boult Cummings LLP
P.O. Box 830709
Birmingham, AL 35283-0709
205-521-8000

**Defendant Earnest Partners, LLC:**

Lee E. Bains, Jr.
Edward A. Hosp
A. Inge Selden, III
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203
205-254-1000

John Rock
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
612-492-6948

**Defendant Turner Investment Partners, Inc.:**

Jere F. White, Jr.
William H. Brooks
Brooke G. Malcom
Lightfoot, Franklin & White LLC
The Clark Building
400 North 20th Street
Birmingham, AL 35203
205-581-0700

**Defendant Acadian Asset Management, LLC:**

Lee E. Bains, Jr.
Edward A. Hosp
A. Inge Selden, III
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203
205-254-1000

**Defendant Principal Global Investors, LLC:**

Luther M. (Rusty) Dorr, Jr.
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203
205-254-1000

**Defendant Western Asset Management Company, Inc:**

Lee E. Bains, Jr.
Edward A. Hosp
A. Inge Selden, III
Maynard, Cooper & Gale P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203
205-254-1000

Marc T. G. Dworsky
Eric J. Lorenzini
Munger Tolles & Olson LLP
355 South Grant Avenue, 35th Floor
Los Angeles, CA 90071-1560

/s/ Gregory H. Hawley
OF COUNSEL