IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BRIAN A. MCVEIGH et al.,** | ) |
| | ) |
|     **Plaintiffs,** | ) |
| | ) |
| v. | )  CIVIL ACTION NO. CV-09-0685-S |
| | ) |
| **CALLAN ASSOCIATES,** | ) |
| **INCORPORATED et al.,** | ) |
| | ) |
|     **Defendants.** | ) |

## JOINT REPORT ON DISCOVERY AND SCHEDULING

Pursuant to the Court's June 4, 2009 Order (DE 22), counsel for the parties conferred regarding discovery and scheduling issues at 9:00 a.m. on June 17, 2009, in the offices of Leitman, Siegal, Payne & Campbell, P.C.  Present for Plaintiffs were Donald Stewart, Carolyn Smith Gidiere, and Dagney Johnson Walker; present for Defendants were Matt Lembke, William Brooks, Greg Hawley, Michael Sansbury, and Ted Hosp.

## DISCOVERY

Prior to the meeting, Plaintiffs provided a list of topics on which they believe discovery is needed to address the jurisdictional issues raised in Defendants' Motion to Dismiss.  A copy of that letter from Donald Stewart to Ted Hosp dated June 15, 2009, is attached hereto as Exhibit A.

    **A.**    **Defendant's Position on Discovery:**

Defendants' position is that, with the exception of the contracts between Defendants and the PACT Board,[1] none of the discovery topics listed by Plaintiffs are relevant to the jurisdictional issues before this Court.  Based upon the allegations of the Complaint, it is clear

---

[1] Copies of those contracts were attached to the Defendants' motions to dismiss.

that the Plaintiffs have suffered no injury because PACT has not failed to make any tuition payments on behalf of the identified PACT participants. Indeed, PACT could not have failed to make tuition payments on behalf of the identified PACT participants because those participants are not expected to attend college for several years.

It is also incontrovertible that every PACT participant has received his or her full contractually-defined benefits to date, and the PACT Board has made clear that all payments will be made for the next academic year. In light of these undisputed facts, there is no need for any discovery to address the issues of Article III standing and ripeness.

Accordingly, the discovery requested by Plaintiffs is not relevant to the jurisdictional issues and appears to be nothing more than an improper fishing expedition. Such an expedition would be unduly burdensome on these Defendants at this time, since the jurisdictional issues have been fully presented to the Court and are due to be resolved in the Defendants' favor.

Furthermore, based on Plaintiffs' list of topics, it appears that a large amount of the discovery sought by Plaintiffs will be directed to third parties, heaping additional burdens on them. The imposition of such burdens should not be authorized by this Court in the absence of jurisdiction. Should the jurisdictional issues be resolved in Plaintiffs' favor, Plaintiffs will have sufficient opportunity to conduct merits discovery in accordance with the Federal Rules.

   **B.**  **Plaintiffs' Position on Discovery:**

Plaintiffs believe that discovery is needed both with regard to these Defendants and third parties, including the PACT Board in order to address the jurisdictional issues raised by the Defendants in their Motion to Dismiss. **[TO BE ADDED BY PLAINTIFFS]**

   **C.**  **Timing Issues:**

In the event the Court allows Plaintiffs to conduct discovery on the jurisdictional issues, the parties agree that ninety (90) days is a reasonable period in which to complete that discovery. Accordingly, should the Court grant Plaintiffs' request to conduct discovery, the parties agree that such discovery shall be completed within ninety (90) days of the Court's order.

## SCHEDULING

The parties have agreed to establish separate briefing schedules for the Rule 12(b)(1) jurisdictional issues, and the Rule 12(b)(6) issues raised in Defendants' Motion to Dismiss, and propose the following schedule:

**A.   With regard to the Article III standing and ripeness issues raised by Defendants under Rule 12(b)(1):**

In the event the Court does not permit Plaintiffs' discovery, Plaintiffs' submission in opposition to Defendants' Motion to Dismiss on 12(b)(1) grounds shall be filed no later than twenty-one (21) days after the Court's Order denying discovery. Defendants' reply submission shall be filed no later than eleven (11) days after the date on which the Plaintiffs' responsive submission was due.

In the event the Court allows Plaintiffs' discovery, Plaintiffs' responsive submission to the Defendants' Motion to Dismiss on 12(b)(1) grounds shall be filed no later than twenty-one (21) days after the deadline to complete discovery. Defendants' reply submission shall be due eleven (11) days after the date on which Plaintiffs' responsive submission was due.

**B.   With regard to the issues raised under Rule 12(b)(6):**

In the event the Court grants the Motion to Dismiss filed by Defendants pursuant to Rule 12(b)(1), the case will be concluded and no further action will be necessary.

In the event the Court denies the Motion to Dismiss filed by Defendants pursuant to Rule 12(b)(1), the parties respectfully request a status conference with the Court, either in person or by telephone, in order to establish a process and schedule for addressing the 12(b)(6) motion.

Dated this 25th day of June, 2009.

        Respectfully submitted,

/s Donald W. Stewart
Donald W. Stewart
One of the Attorneys for Plaintiffs

DONALD W. STEWART, P.C.
P. O. Box 2274
Anniston, AL 36202

/s Caroline Smith Gidiere
Caroline Smith Gidiere
Andrew P. Campbell
One of Attorneys for Plaintiffs

LEITMAN, SIEGAL, PAYNE & CAMPBELL, P. C.
2100A Southbridge Pkwy Ste 450
Birmingham, AL 35209-7706

/s Dagney Johnson Walker

JOHNSON AND WALKER, LLC
2100 3rd Avenue North, Suite 810
Birmingham, Alabama 35203

01814536.1

        **INTECH Investment Management LLC**

        <u>/s Robert K. Spotswood       </u>
        Robert K. Spotswood
        Michael T. Sansbury

OF COUNSEL:

SPOTSWOOD SANSOM & SANSBURY, LLC
940 Concord Center
2100 Third Avenue North
Birmingham, Alabama 35203
Telephone:  (205) 986-3621
Facsimile: (205) 986-3639
rks@spotswoodllc.com
msansbury@spotswoodllc.com

Luca Bronzi
HOGAN & HARTSON LLP
Mellon Financial Center
1111 Brickell Avenue, Suite 1900
Miami, Florida 33131
Telephone:  (305) 459-6621
Facsimile:  (305) 459-6550
lrbronzi@hhlaw.com

01814536.1

**Rhumbline Advisers**

/s Lee E. Bains, Jr.
A. Inge Selden, III
Lee E. Bains, Jr.
Edward A. ("Ted") Hosp

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203-2618
Telephone: (205) 254-1000
Facsimile: (205) 254-1999
lbains@maynardcooper.com
iselden@maynardcooper.com
thosp@maynardcooper.com


Michael A. Collora
Ariatna Villegas-Vazquez
DWYER AND COLLORA
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
Telephone:  (617) 371-1033
Facsimile:  (617) 371-1037
mcollora@dwyercollora.com
avillegas-vazquez@dwyercollora.com

6

                                              **C.S. McKee, L.P.**

                                /s/ Gregory H. Hawley

**OF COUNSEL**:
WHITE ARNOLD & DOWD P.C.
2025 3rd Avenue North, Suite 500
Birmingham, Alabama 35203
Telephone: (205) 323-1888
Facsimile: (205) 323-8907
ghawley@waadlaw.com

Michael A. Burger
GRENEN & BIRSIC, P.C.
One Gateway Center, Ninth Floor
420 Fort Duquesne Boulevard
Pittsburg, Pennsylvania  15222
Telephone: (412) 281-7650
Facsimile: (412) 281-7657
mburger@grenenbirsic.com

01814536.1

        **Earnest Partners, LLC**

        /s Lee E. Bains, Jr.
        A. Inge Selden, III
        Lee E. Bains, Jr.
        Edward A. ("Ted") Hosp

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203-2618
Telephone: (205) 254-1000
Facsimile: (205) 254-1999
lbains@maynardcooper.com
iselden@maynardcooper.com
thosp@maynardcooper.com

John Rock
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 492-6948
Facsimile: (612) 340-2868
rock.john@dorsey.com

01814536.1

**Turner Investment Partners Incorporated**

/s Jere F. White, Jr.
Jere F. White, Jr.
William H. Brooks
Brooke G. Malcom

OF COUNSEL:

LIGHTFOOT FRANKLIN WHITE LLC
The Clark Building
400 20th Street North
Birmingham, Alabama 35203-3200
Telephone:  (205) 581-0700
Facsimile: (205) 581-0799
jwhite@lightfootlaw.com
wbrooks@lightfootlaw.com
bmalcom@lightfootlaw.com


Michael W. McTigue
Richard E. Coe
DRINKER BIDDLE
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone:  (215) 988-2751
Facsimile:  (215) 988-2757
Michael.McTigue@dbr.com
Richard.Coe@dbr.com

9

        **Acadian Asset Management LLC**

        <u>/s Lee E. Bains, Jr.</u>
        A. Inge Selden, III
        Lee E. Bains, Jr.
        Edward A. ("Ted") Hosp

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203-2618
Telephone: (205) 254-1000
Facsimile: (205) 254-1999
lbains@maynardcooper.com
iselden@maynardcooper.com
thosp@maynardcooper.com

                                        **Principal Global Investors, LLC**

                                        /s Luther M. ("Rusty") Dorr, Jr.
                                        Luther M. ("Rusty") Dorr, Jr.

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203-2618
Telephone: (205) 254-1030
Facsimile: (205) 254-1999
rdorr@maynardcooper.com

Perry A. Napolitano
REEDSMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219
Telephone: (412) 288-3131
Facsimile: (412) 288-3063
pnapolitano@reedsmith.com

Douglas K. Spaulding
REEDSMITH LLP
1301 K Street, N.W.
Suite 1300 East Tower
Washington, DC 20005
Telephone: (202) 414-9235
Facsimile: (202) 414-9299
dspaulding@reedsmith.com

01814536.1

**Western Asset Management Company**

/s Lee E. Bains, Jr.
_____
A. Inge Selden, III
Lee E. Bains, Jr.
Edward A. ("Ted") Hosp

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203-2618
Telephone: (205) 254-1000
Facsimile: (205) 254-1999
lbains@maynardcooper.com
iselden@maynardcooper.com
thosp@maynardcooper.com

Robert D. Eckinger
ADAMS AND REESE LLP
2100 Third Avenue North
Birmingham, Alabama 35203
Telephone: (205) 250-5011
Facsimile: (205) 250-5034
Robert.eckinger@arlaw.com

Marc T.G. Dworsky
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9256
Facsimile: (213) 683-5156
marc.dworsky@mto.com

01814536.1