# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

**BRIAN A. McVEIGH, et al.,**         }
                                      }
    **Plaintiffs,**               }
                                      }
**v.**                                }   Case No.: 2:09-CV-0685-RDP
                                      }
**CALLAN ASSOCIATES**                 }
**INCORPORATED, et al.,**             }
                                      }
    **Defendants.**              }

## ORDER

In accordance with the Memorandum Opinion entered this date, the motion of Defendant Callan Associates Incorporated ("Callan") to stay all proceedings pending the disposition of a petition for writ of mandamus in a parallel case by the Supreme Court of Alabama or, in the alternative, to certify the standing questions raised by the parties to the Supreme Court of Alabama (Doc. #54) is **GRANTED** as to the stay. Plaintiffs' Motion for Certified Questions or Alternatively, Entry of a Briefing Schedule to Commence Upon the Alabama Supreme Court's Issuance of any Written Opinion on Callan's Mandamus Petition in the *Perdue* Action (Doc. #59) is **GRANTED** as to the entry of a briefing schedule. This action is hereby **STAYED** until the Supreme Court of Alabama rules on Callan's petition for writ of mandamus in *Perdue v. Callan Associates et al.*, CV-09-900556. Upon the issuance of an opinion by the Alabama Supreme Court on the *Perdue* petition, counsel for Defendant Callan is **DIRECTED** to file a Notice with the Court attaching such opinion within **three (3) calendar days** of its issuance. The court will thereafter enter a briefing schedule, allowing the parties to fully brief the applicability or non-applicability of the *Perdue* decision on the current action.

**DONE** and **ORDERED** this ____14th____ day of September, 2009

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE