FILED

2009 Nov-13  AM 11:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

BRIAN A. MCVEIGH, et al.,              )
                                        )
         Plaintiffs,                    )
                                        )
v.                                      )        Case No. 2:09-CV-685-RDP
                                        )
CALLAN ASSOCIATES, INC., et al.,        )
                                        )
         Defendants.                    )

## MOTION TO WITHDRAW

COMES NOW Dagney Johnson Walker and hereby files this motion to withdraw as counsel for the plaintiffs, stating as grounds that she is no longer associated with the law firm of Donald W. Stewart, P.C.  The plaintiffs continue to be represented by their other counsel of record from Donald W. Stewart, P.C. and Leitman, Siegel, Payne & Campbell, P.C.

Respectfully submitted,

Dagney Johnson Walker
Johnson & Walker, LLC
2100 Third Avenue North, Suite 810
Birmingham, AL 35203
(205) 254-3143
(205) 254-3939 facsimile
dagneyjohnson@hotmail.com

1

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a copy of the foregoing to be served electronically served upon the following counsel by filing a copy of same with the EC/CMF system, this 13th day of November, 2009:

Matthew H. Lembke
Andrew Brasher
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

Robert K. Spotswood
Michael T. Sansbury
SPOTSWOOD SANSOM & SANSBURY, LLC
940 Concord Center
2100 Third Avenue North
Birmingham, Alabama 35203
Telephone:  (205) 986-3621
Facsimile: (205) 986-3639
rks@spotswoodllc.com
msansbury@spotswoodllc.com

Luca Bronzi
HOGAN & HARTSON LLP
Mellon Financial Center
1111 Brickell Avenue, Suite 1900
Miami, Florida 33131
Telephone:  (305) 459-6621
Facsimile:  (305) 459-6550
lrbronzi@hhlaw.com

A. Inge Selden, III
Lee E. Bains, Jr.
Edward A. ("Ted") Hosp
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203-2618
Telephone: (205) 254-1000
Facsimile: (205) 254-1999
lbains@maynardcooper.com
iselden@maynardcooper.com
thosp@maynardcooper.com

Gregory H. Hawley
WHITE ARNOLD & DOWD P.C.
2025 3rd Avenue North, Suite 500
Birmingham, Alabama 35203
Telephone: (205) 323-1888
Facsimile: (205) 323-8907
ghawley@waadlaw.com

Michael A. Burger
GRENEN & BIRSIC, P.C.
One Gateway Center, Ninth Floor
420 Fort Duquesne Boulevard
Pittsburg, Pennsylvania  15222
Telephone: (412) 281-7650
Facsimile: (412) 281-7657
mburger@grenenbirsic.com

John Rock
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 492-6948
Facsimile: (612) 340-2868
rock.john@dorsey.com

3

Jere F. White, Jr.
William H. Brooks
Brooke G. Malcom
LIGHTFOOT FRANKLIN WHITE LLC
The Clark Building
400 20th Street North
Birmingham, Alabama 35203-3200
Telephone:  (205) 581-0700
Facsimile: (205) 581-0799
jwhite@lightfootlaw.com
wbrooks@lightfootlaw.com
bmalcom@lightfootlaw.com

Michael W. McTigue
Richard E. Coe
DRINKER BIDDLE
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone:  (215) 988-2751
Facsimile:  (215) 988-2757
Michael.McTigue@dbr.com
Richard.Coe@dbr.com

Luther M. ("Rusty") Dorr, Jr.
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203-2618
Telephone:  (205) 254-1030
Facsimile:  (205) 254-1999
rdorr@maynardcooper.com

Perry A. Napolitano
REEDSMITH LLP
435 Sixth Avenue
Pittsburgh, PA  15219
Telephone:  (412) 288-3131
Facsimile:  (412) 288-3063
pnapolitano@reedsmith.com

4

Douglas K. Spaulding
REEDSMITH LLP
1301 K Street, N.W.
Suite 1300 East Tower
Washington, DC 20005
Telephone:  (202) 414-9235
Facsimile:  (202) 414-9299
dspaulding@reedsmith.com

Robert D. Eckinger
ADAMS AND REESE LLP
2100 Third Avenue North
Birmingham, Alabama 35203
Telephone:  (205) 250-5011
Facsimile:  (205) 250-5034
Robert.eckinger@arlaw.com

Marc T.G. Dworsky
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071-1560
Telephone:  (213) 683-9256
Facsimile:  (213) 683-5156
marc.dworsky@mto.com

Of Counsel