# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BRIAN A. MCVEIGH, et al.,** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**CALLAN ASSOCIATES INC., et al.,** )<br>)<br>**Defendants.** ) | **CIVIL ACTION NO.**<br>**CV-09-0685-S** |

## MOTION FOR LEAVE TO WITHDRAW

COMES NOW M. Clayborn Williams, one of the attorneys for Plaintiffs in the above-styled cause, and requests that he be allowed to withdraw as attorney of record.  As grounds for said motion, M. Clayborn Williams is no longer with the firm Leitman, Siegal, Payne & Campbell, P.C.  Plaintiffs will continue to be represented by Andrew P. Campbell and Caroline Smith Gidiere of the law firm Leitman, Siegal, Payne & Campbell, P.C.

Respectfully Submitted,

/s/ M. Clayborn Williams
M. Clayborn Williams (WIL283)
One of the Attorneys for Plaintiffs

**OF COUNSEL:**
SINCLAIRWILLIAMS, LLC
2100-A Southbridge Parkway
Suite 336
Birmingham, Alabama  35209


**CERTIFICATE OF SERVICE**

   I hereby certify that on October 20, 2010, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will send notifications of such filing to the following:

Andrew P. Campbell
Caroline Smith Gidiere
Leitman, Siegal, Payne & Campbell, PC
420 North 20th Street, Suite 2000
Birmingham, AL  35203

Benjamin T. Larkin
Donald W. Stewart, P.C.
1826 3rd Avenue North
P.O. Box 721
Bessemer, AL  35021

Matthew H. Lembke
Andrew L. Brasher
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL  35203-2119

Robert K. Spotswood
Michael T. Sansbury
Grace L. Kipp
Spotswood Sansom & Sansbury, LLC
940 Concord Center
2100 Third Avenue North
Birmingham, AL  35203

Luca R. Bronzi
Rivero, Mestre & Castro
2525 Ponce de Leon Boulevard
Suite 1000
Miami, FL  33134

A. Inge Selden, III
Lee E. Bains, Jr.
Edward A. ("Ted") Hosp
Luther M. ("Rusty") Dorr, Jr.
Maynard, Cooper & Gale, PC
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL  35203

Michael A. Collora
Ariatna Villegas-Vazquez
Dwyer and Collora
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02210

John Rock
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN  55402-1498

Jere F. White, Jr.
Williams H. Brooks
Brooke G. Malcom
Lightfoot Franklin White LLC
The Clark Building
400 20th Street North
Birmingham, AL  35203

Michael W. McTigue
Richard E. Coe
Drinker Biddle
One Logan Square, Suite 2000
Philadelphia, PA  19103-6996

Perry A. Napolitano
Reedsmith LLP
435 Sixth Avenue
Pittsburgh, PA  15219

Douglas K. Spaulding
Reedsmith, LLP
1301 K Street, N.W.
Suite 1300 East Tower
Washington, DC  20005

Robert D. Eckinger
Adams and Reese LLP
2100 Third Avenue North
Birmingham, AL  35203

Marc T.G. Dworsky
Eric J. Lorenzini
Munger, Tolles & Olson, LLP
355 South Grand Avenue
35th Floor
Los Angeles, CA  90071-1560

Gregory H. Hawley
Christopher J. Nicholson
White Arnold & Dowd, PC
2025 Third Avenue North
Suite 500
Birmingham, AL  35203

Dagney Johnson Walker
Johnson & Walker, LLC
2100 Third Avenue North, Suite 810
Birmingham, AL  35203

/s/ M. Clayborn Williams