

FILED
2010 Dec-09  PM 01:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **BRIAN A. MCVEIGH et al.,** | ) |
| Plaintiffs, | ) |
| v. | ) CIVIL ACTION NO. CV-09-0685-S |
| **CALLAN ASSOCIATES, INCORPORATED et al.,** | ) |
| Defendants. | ) |

## MOTION FOR LEAVE TO WITHDRAW

Comes now Ariatna Villegas-Vazquez, by and through her co-counsel listed below, and respectfully moves this Honorable Court for leave to withdraw as one of the counsel for defendant Rhumbline Advisers. This Court previously entered an Order (doc. # 11) granting the motion for Ariatna Villegas-Vazquez to appear *pro hac vice*. As grounds for this motion, Ariatna Villegas-Vazquez states that she will be leaving the Dwyer & Collora, LLP firm. Defendant Rhumbline Advisers will continue to be represented in this civil action by the law firms of Maynard, Cooper & Gale, P.C. and Dwyer & Collora, LLP.

/s *Lee E. Bains, Jr.*
Lee E. Bains, Jr.
One of the attorneys for defendant, Rhumbline Advisers

OF COUNSEL:
A. Inge Selden, III
Edward A. ("Ted") Hosp
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203-2618
Telephone: (205) 254-1000
Facsimile: (205) 254-1999

02069638.1

lbains@maynardcooper.com
iselden@maynardcooper.com
thosp@maynardcooper.com


Michael A. Collora
DWYER AND COLLORA
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
Telephone:  (617) 371-1033
Facsimile:  (617) 371-1037
mcollora@dwyercollora.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 9, 2010, I electronically filed the foregoing Motion for Leave to Withdraw with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF registrants.

                                             /s/ *Lee E. Bains, Jr.*
                                             Of Counsel