# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **BRIAN A. MCVEIGH, et al.,** | ) |
| **Plaintiffs,** | ) |
| v. | ) CIVIL ACTION NO. |
|   | ) CV-09-0685-S |
| **CALLAN ASSOCIATES INC., et al.,** | ) |
| **Defendants.** | ) |

## JOINT REPORT OF THE PARTIES ON THE STATUS OF CALLAN ASSOCIATES INC.'S PETITION FOR WRIT OF MANDAMUS IN THE SUPREME COURT OF ALABAMA

This Court directed the parties to file a Joint Report updating the Court on the status of the petition pending in the Supreme Court of Alabama for writ of mandamus in *Perdue v. Callan Associates et al.*, CV-09-900556. The parties respectfully submit this Joint Report.

Callan's petition for writ of mandamus in *Perdue v. Callan Associates et al.* is still pending in the Supreme Court of Alabama. The petition has been fully briefed and awaiting decision since November 30, 2009. Oral argument has not been rescheduled.

CIVIL ACTION NO. CV-09-0685-S

Respectfully submitted,

s/Donald W. Stewart
One of the Attorneys for Plaintiffs

OF COUNSEL

Donald W. Stewart
Donald W. Stewart, P.C.
500 Wachovia Bank Building
Anniston, AL 36201

Andrew P. Campbell
Caroline Smith Gidiere
Leitman Siegal Payne & Campbell
420 20th Street North
Suite 2000
Birmingham, AL 35203

s/ Matthew H. Lembke
One of the Attorneys for Defendant
Callan Associates, Inc.

CIVIL ACTION NO. CV-09-0685-S

OF COUNSEL

Matthew H. Lembke
Andrew L. Brasher
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

                                s/ Robert K. Spotswood
                          One of the Attorneys for Defendant
                        INTECH Investment Management LLC

OF COUNSEL

Robert K. Spotswood
Michael T. Sansbury
Grace L. Kipp
SPOTSWOOD SANSOM & SANSBURY, LLC
940 Concord Center
2100 Third Avenue North
Birmingham, Alabama 35203
Telephone: (205) 986-3621
Facsimile: (205) 986-3639
rks@spotswoodllc.com
msansbury@spotswoodllc.com

Luca R. Bronzi
Rivero, Mestre & Castro
2525 Ponce de Leon Boulevard
Suite 1000
Miami, FL  33134

CIVIL ACTION NO. CV-09-0685-S

                              s/ Lee E. Bains, Jr.
                              One of the Attorneys for
                              Defendant Rhumbline Advisers

<u>OF COUNSEL</u>

A. Inge Selden, III
Lee E. Bains, Jr.
Edward A. ("Ted") Hosp
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203-2618
Telephone: (205) 254-1000
Facsimile: (205) 254-1999
lbains@maynardcooper.com
iselden@maynardcooper.com
thosp@maynardcooper.com

Michael A. Collora
Ariatna Villegas-Vazquez
DWYER AND COLLORA
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
Telephone: (617) 371-1033
Facsimile: (617) 371-1037
mcollora@dwyercollora.com
avillegas-vazquez@dwyercollora.com

                              s/ Lee E. Bains, Jr.
                              One of the Attorneys for Defendant
                              Earnest Partners, LLC

CIVIL ACTION NO. CV-09-0685-S

<u>OF COUNSEL</u>

A. Inge Selden, III
Lee E. Bains, Jr.
Edward A. ("Ted") Hosp
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203-2618
Telephone: (205) 254-1000
Facsimile: (205) 254-1999
lbains@maynardcooper.com
iselden@maynardcooper.com
thosp@maynardcooper.com

John Rock
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 492-6948
Facsimile: (612) 340-2868
rock.john@dorsey.com

           s/ Jere F. White, Jr.
          One of the Attorneys for Defendant
        Turner Investment Partners Incorporated

CIVIL ACTION NO. CV-09-0685-S

<u>OF COUNSEL</u>

Jere F. White, Jr.
William H. Brooks
Brooke G. Malcom
LIGHTFOOT FRANKLIN WHITE LLC
The Clark Building
400 20th Street North
Birmingham, Alabama 35203-3200
Telephone: (205) 581-0700
Facsimile: (205) 581-0799
jwhite@lightfootlaw.com
wbrooks@lightfootlaw.com
bmalcom@lightfootlaw.com

Michael W. McTigue
Richard E. Coe
DRINKER BIDDLE
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone: (215) 988-2751
Facsimile: (215) 988-2757
Michael.McTigue@dbr.com
Richard.Coe@dbr.com

                                        s/ Lee E. Bains, Jr.
                                  One of the Attorneys for Defendant
                                  Acadian Asset Management LLC

CIVIL ACTION NO. CV-09-0685-S

OF COUNSEL

A. Inge Selden, III
Lee E. Bains, Jr.
Edward A. ("Ted") Hosp
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203-2618
Telephone: (205) 254-1000
Facsimile: (205) 254-1999
lbains@maynardcooper.com
iselden@maynardcooper.com
thosp@maynardcooper.com

                                          s/ Luther M. ("Rusty") Dorr, Jr.
                                          One of the Attorneys for Defendant
                                          Principal Global Investors, LLC

OF COUNSEL

Luther M. ("Rusty") Dorr, Jr.
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203-2618
Telephone: (205) 254-1030
Facsimile: (205) 254-1999
rdorr@maynardcooper.com

Perry A. Napolitano
REEDSMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219
Telephone: (412) 288-3131
Facsimile: (412) 288-3063
pnapolitano@reedsmith.com

CIVIL ACTION NO. CV-09-0685-S

Douglas K. Spaulding
REEDSMITH LLP
1301 K Street, N.W.
Suite 1300 East Tower
Washington, DC 20005
Telephone: (202) 414-9235
Facsimile: (202) 414-9299
dspaulding@reedsmith.com

            s/ Lee E. Bains, Jr.
           One of the Attorneys for Defendant
          Western Asset Management Company

<u>OF COUNSEL</u>

A. Inge Selden, III
Lee E. Bains, Jr.
Edward A. ("Ted") Hosp
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203-2618
Telephone: (205) 254-1000
Facsimile: (205) 254-1999
lbains@maynardcooper.com
iselden@maynardcooper.com
thosp@maynardcooper.com

Robert D. Eckinger
ADAMS AND REESE LLP
2100 Third Avenue North
Birmingham, Alabama 35203
Telephone: (205) 250-5011
Facsimile: (205) 250-5034
Robert.eckinger@arlaw.com

CIVIL ACTION NO. CV-09-0685-S

Marc T.G. Dworsky
Eric J. Lorenzini
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9256
Facsimile: (213) 683-5156
marc.dworsky@mto.com

                                                      s/ Gregory H. Hawley
                                           One of the Attorneys for Defendant
                                                        C S McKee LP

<u>OF COUNSEL</u>

Gregory H. Hawley
Christopher J Nicholson
WHITE ARNOLD & DOWD P.C.
2025 Third Avenue North
Suite 500
Birmingham, AL 35203
Telephone: (205) 323-1888
Direct Dial: (205) 241-3142
Facsimile: (205) 323-8907
ghawley@waadlaw.com

CIVIL ACTION NO. CV-09-0685-S

CERTIFICATE OF SERVICE

 I hereby certify that on April 18, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

|  |  |
|---|---|
|  | Donald W. Stewart<br>Donald W. Stewart, P.C.<br>500 Wachovia Bank Building<br>Anniston, AL 36201 |
| Andrew P. Campbell<br>Caroline Smith Gidiere<br>Leitman Siegal Payne & Campbell<br>420 20th Street North<br>Suite 2000<br>Birmingham, AL 35203 | Robert K. Spotswood<br>Michael T. Sansbury<br>Grace L. Kipp<br>Spotswood Sansom & Sansbury, LLC<br>940 Concord Center<br>2100 Third Avenue North<br>Birmingham, AL 35203 |
| Luca R. Bronzi<br>Rivero, Mestre & Castro<br>2525 Ponce de Leon Boulevard<br>Suite 1000<br>Miami, FL  33134 | Lee E. Bains, Jr.<br>Edward A. Hosp<br>A. Inge Selden, III<br>Luther M. (Rusty) Dorr, Jr.<br>Maynard, Cooper & Gale, P.C.<br>1901 Sixth Avenue North<br>2400 Regions/Harbert Plaza<br>Birmingham, AL 35203 |
| Michael A. Collora<br>Ariatna Villegas-Vazquez<br>Dwyer Collora LLP<br>600 Atlantic Avenue<br>Boston, MA 02210-2211 | Michael A. Burger<br>Grenan & Birsic PC<br>One Gateway Center 9th Floor<br>Pittsburgh, PA 15222 |

CIVIL ACTION NO. CV-09-0685-S

| | |
|---|---|
| Gregory H. Hawley<br>Christopher J. Nicholson<br>White Arnold & Dowd PC<br>2025 Third Avenue North, Suite 500<br>Birmingham, AL 35203 | John Rock<br>Dorsey & Whitney LLP<br>50 South Sixth Street, Suite 1500<br>Minneapolis, MN 55402-1498 |
| Jere F. White, Jr.<br>William H. Brooks<br>Brooke G. Malcom<br>Lightfoot, Franklin & White LLC<br>The Clark Building<br>400 North 20th Street<br>Birmingham, AL 35203 | Perry A. Napolitano<br>Reed Smith LLP<br>4435 Sixth Avenue<br>Pittsburgh, PA 15219 |
| Doug K. Spaulding<br>Reed Smith LLP<br>1301 K Street, N.W.<br>Suite 1300 East Tower<br>Washington, DC 20005 | Marc T. G. Dworsky<br>Eric J. Lorenzini<br>Munger Tolles & Olson LLP<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, CA 90071-1560 |
| Robert D. Eckinger<br>Adams & Reese LLP<br>2100 Third Avenue N, Suite 1100<br>Birmingham, AL 35203 | |

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

None.

Respectfully submitted,

s/ Matthew H. Lembke
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119

CIVIL ACTION NO. CV-09-0685-S

Telephone: (205) 521-8000
Facsimile: (205) 521-8800
E-mail: abrasher@babc.com