FILED
2011 Oct-25 AM 11:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BRIAN A. MCVEIGH, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) **2:09-cv-685** |
| **CALLAN ASSOCIATES INC., et al.,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |
| | ) |

## MOTION TO WITHDRAW

COMES NOW Andrew L. Brasher and moves this court for permission to withdraw as counsel for defendant Callan Associates Inc. In support of this motion Mr. Brasher states that as of October 27, 2011, he will no longer be employed by Bradley Arant Boult Cummings LLC. The other counsel of record will continue to represent the Defendant. Defendant therefore will not be prejudiced if this motion is granted.

Respectfully submitted,

s/ Andrew L. Brasher
One of the Attorneys for Defendant
Callan Associates, Inc.

CIVIL ACTION NO. CV-09-0685-S

<u>OF COUNSEL</u>
Matthew H. Lembke
Andrew L. Brasher
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

CIVIL ACTION NO. CV-09-0685-S

## CERTIFICATE OF SERVICE

      I hereby certify that on October 25, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

                                      Donald W. Stewart
                                      Donald W. Stewart, P.C.
                                      500 Wachovia Bank Building
                                      Anniston, AL 36201

| | |
|---|---|
| Andrew P. Campbell | Robert K. Spotswood |
| Caroline Smith Gidiere | Michael T. Sansbury |
| Leitman Siegal Payne & Campbell | Grace L. Kipp |
| 420 20th Street North | Spotswood Sansom & Sansbury, LLC |
| Suite 2000 | 940 Concord Center |
| Birmingham, AL 35203 | 2100 Third Avenue North |
| | Birmingham, AL 35203 |
| | |
| Luca R. Bronzi | Lee E. Bains, Jr. |
| Rivero, Mestre & Castro | Edward A. Hosp |
| 2525 Ponce de Leon Boulevard | A. Inge Selden, III |
| Suite 1000 | Luther M. (Rusty) Dorr, Jr. |
| Miami, FL 33134 | Maynard, Cooper & Gale, P.C. |
| | 1901 Sixth Avenue North |
| | 2400 Regions/Harbert Plaza |
| | Birmingham, AL 35203 |
| | |
| Michael A. Collora | Michael A. Burger |
| Ariatna Villegas-Vazquez | Grenan & Birsic PC |
| Dwyer Collora LLP | One Gateway Center 9th Floor |
| 600 Atlantic Avenue | Pittsburgh, PA 15222 |
| Boston, MA 02210-2211 | |
| | |
| Gregory H. Hawley | John Rock |
| Christopher J. Nicholson | Dorsey & Whitney LLP |
| White Arnold & Dowd PC | 50 South Sixth Street, Suite 1500 |
| 2025 Third Avenue North, Suite 500 | Minneapolis, MN 55402-1498 |
| Birmingham, AL 35203 | |

CIVIL ACTION NO. CV-09-0685-S

| | |
|---|---|
| Jere F. White, Jr.<br>William H. Brooks<br>Brooke G. Malcom<br>Lightfoot, Franklin & White LLC<br>The Clark Building<br>400 North 20th Street<br>Birmingham, AL 35203 | Perry A. Napolitano<br>Reed Smith LLP<br>4435 Sixth Avenue<br>Pittsburgh, PA 15219 |
| Doug K. Spaulding<br>Reed Smith LLP<br>1301 K Street, N.W.<br>Suite 1300 East Tower<br>Washington, DC 20005 | Marc T. G. Dworsky<br>Eric J. Lorenzini<br>Munger Tolles & Olson LLP<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, CA 90071-1560 |
| Robert D. Eckinger<br>Adams & Reese LLP<br>2100 Third Avenue N, Suite 1100<br>Birmingham, AL 35203 | |

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

None.

/s/ Andrew L. Brasher
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8000
Facsimile: (205) 521-8800