IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BRIAN A. MCVEIGH, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 2:09-cv-685 |
| CALLAN ASSOCIATES INC., et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF RULING IN RELATED CASE

Defendant Callan Associates, Inc. gives notice to the Court that the Supreme Court of Alabama denied the Application for Rehearing in the matter *Ex parte Callan Associates, Inc.* on January 20, 2012. A copy of the Order of the Supreme Court of Alabama denying the application for rehearing is attached.

Respectfully submitted,

s/ Matthew H. Lembke
Attorney for Defendant
Callan Associates, Inc.

OF COUNSEL

Matthew H. Lembke
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
mlembke@babc.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Donald W. Stewart
Donald W. Stewart, P.C.
500 Wachovia Bank Building
Anniston, AL 36201

Andrew P. Campbell
Caroline Smith Gidiere
Leitman Siegal Payne & Campbell
420 20th Street North
Suite 2000
Birmingham, AL 35203

Robert K. Spotswood
Michael T. Sansbury
Grace L. Kipp
Spotswood Sansom & Sansbury, LLC
940 Concord Center
2100 Third Avenue North
Birmingham, AL 35203

Lee E. Bains, Jr.
Edward A. Hosp
A. Inge Selden, III
Luther M. (Rusty) Dorr, Jr.
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203

Luca R. Bronzi
Rivero, Mestre & Castro
2525 Ponce de Leon Boulevard
Suite 1000
Miami, FL 33134

Michael A. Collora
Ariatna Villegas-Vazquez
Dwyer Collora LLP
600 Atlantic Avenue
Boston, MA 02210-2211

Gregory H. Hawley
Christopher J. Nicholson
White Arnold & Dowd PC
2025 Third Avenue North, Suite 500
Birmingham, AL 35203

William H. Brooks
Brooke G. Malcom
Lightfoot, Franklin & White LLC
The Clark Building
400 North 20th Street
Birmingham, AL 35203

Doug K. Spaulding
Reed Smith LLP
1301 K Street, N.W.
Suite 1300 East Tower
Washington, DC 20005

Robert D. Eckinger
Adams & Reese LLP
2100 Third Avenue N, Suite 1100
Birmingham, AL 35203

Michael A. Burger
Grenan & Birsic PC
One Gateway Center 9th Floor
Pittsburgh, PA 15222

John Rock
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498

Perry A. Napolitano
Reed Smith LLP
4435 Sixth Avenue
Pittsburgh, PA 15219

Marc T. G. Dworsky
Eric J. Lorenzini
Munger Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560

/s/ Matthew H. Lembke
        OF COUNSEL

1/2275500.1

# IN THE SUPREME COURT OF ALABAMA



**January 20, 2012**

**1081683**   Ex parte Callan Associates, Inc. PETITION FOR WRIT OF MANDAMUS: CIVIL (In re: Carol M. Perdue, as next friend and legal guardian of Anna K. Perdue, as designated beneficiary of and on behalf of the Prepaid Affordable College Tuition Trust Fund a/k/a The Wallace-Folsom Prepaid College Trust Fund v. Callan Associates, Inc., et al.)   (Montgomery Circuit Court: CV-09-900556).

## CERTIFICATE OF JUDGMENT

WHEREAS, the ruling on the application for rehearing filed in this case and indicated below was entered in this cause on January 20, 2012:

**Application Overruled. No Opinion.** Shaw, J. - Malone, C.J., and Woodall, J., and Lyons, Special Justice, concur. Parker and Murdock, JJ., and Shores, Special Justice, dissent. Stuart, Bolin, Main, and Wise, JJ., recuse themselves.

WHEREAS, the appeal in the above referenced cause has been duly submitted and considered by the Supreme Court of Alabama and the judgment indicated below was entered in this cause on September 9, 2011:

**Petition Granted. Writ Issued.** Shaw, J. - Malone, C.J., and Woodall, J., and Lyons, Special Justice, concur. Parker and Murdock, JJ., and Shores, Special Justice, dissent. Stuart, Bolin, Main, and Wise, JJ., recuse themselves.

NOW, THEREFORE, pursuant to Rule 41, Ala. R. App. P., IT IS HEREBY ORDERED that this Court's judgment in this cause is certified on this date. IT IS FURTHER ORDERED that, unless otherwise ordered by this Court or agreed upon by the parties, the costs of this cause are hereby taxed as provided by Rule 35, Ala. R. App. P.

I, Robert G. Esdale, Sr., as Clerk of the Supreme Court of Alabama, do hereby certify that the foregoing is a full, true, and correct copy of the instrument(s) herewith set out as same appear(s) of record in said Court.
Witness my hand this 20th day of January, 2012.

*Robert Esdale*

Clerk, Supreme Court of Alabama