# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BRIAN A. McVEIGH, et al.,** | } |
| **Plaintiffs,** | } |
| v. | } Case No.: 2:09-CV-0685-RDP |
| **CALLAN ASSOCIATES INCORPORATED, et al.,** | } |
| **Defendants.** | } |

## ORDER OF DISMISSAL

In accordance with the Memorandum Opinion entered this day, the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITHOUT PREJUDICE**. Costs are taxed against Plaintiffs.

**DONE** and **ORDERED** this ___26th___ day of March, 2012.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE